# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2015

Lyle W. Cayce
Clerk

No. 14-20277

RSL FUNDING, L.L.C.,

Plaintiff - Appellant

v.

JG WENTWORTH ORIGINATIONS, L.L.C.,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-1872

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:*

The court has considered this appeal in light of the briefs, pertinent portions of the record, and the opinion of the Texas Court of Appeals in *J.G. Wentworth Originations, LLC v. Freelon*, 446 S.W.3d 426 (Tex. App.—Houston [1st Dist.] 2014). Having done so, we conclude that the basis for abstention is now lacking. We vacate and remand to the district court to determine any remaining viable issues, including but not limited to the illegal encumbrance

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20277

issue that was not decided in the state appellate court's ruling.  **VACATED** and **REMANDED**.